**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUTVIRTUAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-cv-00943-RWS |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

A *Markman* hearing in this matter is currently set for December 18, 2026 before Magistrate Judge Roy Payne in Marshall, Texas. Docket No. 30. However, on April 30, 2026, the Court vacated the referral of this matter to Magistrate Judge Payne. Docket No. 40. Accordingly, the *Markman* hearing is **RESET** for **December 16, 2026** at **10 a.m.** in **Texarkana, Texas** before District Judge Robert W. Schroeder III.

In light of upcoming *Markman* hearing, the parties shall file joint notice proposing a Technical Advisor no later than October 23, 2026. The parties should confirm the proposed Technical Advisor's availability prior to filing the notice. If the parties cannot agree on a Technical Advisor, the parties shall file a notice stating the impasse and the Court will appoint one. Accordingly, it is

**ORDERED** that the parties shall meet and confer and propose to the Court a technical advisor by **October 23, 2026**. If an agreement cannot be reached, each side is to propose two nominees for technical advisor. Parties are to provide the name, address, phone number, curriculum vitae and information regarding any nominee's availability for the *Markman* hearing.

**So ORDERED and SIGNED this 14th day of October, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE